JS 44  (Rev. 09/11)

# CIVIL COVER SHEET

The JS 44 civil coversheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

XTREME CAGE COMBAT
RYAN KERWIN

**(b)** County of Residence of First Listed Plaintiff  BUCKS COUNTY
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)* 267-702-8701
(PRO SE) 240 BRITTANY DRIVE
LANGHORNE, PA 19047

## DEFENDANTS

ECC FITNESS
STEVE ROSENBLUM
OFA DONALDSON

County of Residence of First Listed Defendant  PHILADELPHIA
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
Plaintiff

☒ 3  Federal Question
*(U.S. Government Not a Party)*

☐ 2  U.S. Government
Defendant

☐ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | ☐ 820 Copyrights | ☐ 450 Commerce |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☒ 840 Trademark | ☐ 470 Racketeer Influenced and |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | | Corrupt Organizations |
| Student Loans | ☐ 340 Marine | Injury Product | | | ☐ 480 Consumer Credit |
| (Excl. Veterans) | ☐ 345 Marine Product | Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | | ☐ 862 Black Lung (923) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | ☐ 751 Family and Medical | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | Leave Act | | ☐ 895 Freedom of Information |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 790 Other Labor Litigation | | Act |
| | Med. Malpractice | | ☐ 791 Empl. Ret. Inc. | | ☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | Security Act | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate | | ☐ 870 Taxes (U.S. Plaintiff | Act/Review or Appeal of |
| ☐ 220 Foreclosure | ☐ 441 Voting | Sentence | | or Defendant) | Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | **Habeas Corpus:** | | ☐ 871 IRS—Third Party | ☐ 950 Constitutionality of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | ☐ 530 General | | 26 USC 7609 | State Statutes |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | |
| | Other | ☐ 560 Civil Detainee - | (Prisoner Petition) | | |
| | ☐ 448 Education | Conditions of | ☐ 465 Other Immigration | | |
| | | Confinement | Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
another district
*(specify)*

☐ 6 Multidistrict
Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. 1125 (a)(1)(A) & (a)(1)(B)

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $ 25,000
& INJUNCTION

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE  7/5/12

SIGNATURE OF ATTORNEY OF RECORD  *Ryan Kerwin*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____



APPENDIX I

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

Xtreme Caged Combat, et al     :     CIVIL ACTION

        v.                   :

ECC Fitness, et al          :     NO. **12    3855**

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. §2241 through §2255.     ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits     ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.    ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
    exposure to asbestos.     ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court. (See reverse side of this form for a detailed explanation of special
    management cases.)     ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.     (x )

_____7/9/12_____      _____      _____
**Date**              **Deputy Clerk**            **Attorney for**

_____      _____      _____
**Telephone**            **FAX Number**          **E-Mail Address**

(Civ. 660) 10/02

**12  3855**

5CJ

## UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 240 Brittany Drive, Penndel, PA 19047

Address of Defendant: _____

Place of Accident, Incident or Transaction: _____ Philadelphia

*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?

(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))   Yes☐   No☐

Does this case involve multidistrict litigation possibilities?   Yes☐   No☐

**RELATED CASE, IF ANY:**

Case Number: _____  Judge _____  Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes☐   No☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes☐   No☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?   Yes☐   No☐

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?   Yes☐   No☐

CIVIL: (Place ✔ in ONE CATEGORY ONLY.)

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☑ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases (Please specify)

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases (Please specify)

## ARBITRATION CERTIFICATION
*(Check appropriate Category)*

I, _____, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs.

☐ Relief other than monetary damages is sought.

DATE: _____   _____   _____
Attorney-at-Law   Attorney I.D.#

**NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.**

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: JUL 9 2012   _____   _____
Deputy Clerk   Attorney I.D.#

CIV. 609 (6/08)



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

XTREME CAGED COMBAT

AND RYAN KERWIN

        plaintiffs,

    VS.

**12    3855**

ECC FITNESS (AKA EXTREME

CAGE COMBAT), STEVE

ROSENBLUM AND OFA

DONALDSON

        defendants,

## **COMPLAINT**

**I. Jurisdiction and Venue;**

  1. This court has jurisdiction over this civil action pursuant to 15 U.S.C. 1125

     section (a) (1) (A) and 15 U.S.C. 1125 section (a) (1) (B)

  2. The events giving rise to the instant claims and causes of action occurred in

     the Counties of Philadelphia and Bucks County Pennsylvania making the United

     States District Court for the Eastern District of Pennsylvania the appropriate venue

     for this action pursuant to 15 U.S.C. 1121 (a). This court also has jurisdiction to

     grant injunctive relief in this case pursuant to 15 U.S.C. 1116.

**II. Plaintiffs;**

3. Plaintiff Xtreme Caged Combat (XCC) is a state registered and licensed mixed martial arts promotion and mixed martial arts training facility located at 11000 Roosevelt Blvd., Philadelphia, PA 19116.

4. Plaintiff Ryan Kerwin, is the owner of Xtreme Caged Combat and a citizen of the Commonwealth of Pennsylvania with his address located at 240 Brittany Drive, Langhorne, PA 19047.

**III. Defendants;**

5. Defendant ECC Fitness (aka, Extreme Cage Combat) is a mixed martial arts training facility located at 8801 Torresdale Ave., Philadelphia, PA 19136 and 640 West Street Road, Feasterville, PA 19053.

6. Defendant Steve Rosenblum, is an owner of ECC Fitness (aka, Extreme Cage Combat) with his business address' located at 8801 Torresdale Ave., Philadelphia, PA 19136 and 640 West Street Road, Feasterville, PA 19053.

7. Defendant Ofa Donaldson, is an owner of ECC Fitness (aka, Extreme Cage Combat) with his business address' located at 8801 Torresdale Ave., Philadelphia, PA 19136 and 640 West Street Road, Feasterville, PA 19053.

8. The defendants are being sued individually and in their official capacity.

9. The defendants are citizens of the United States and the Commonwealth of Pennsylvania and were at all times mentioned herein acting under the color of law.

**IV. FACTS;**

10. Xtreme Caged Combat (Also referred to as XCC) is a mixed martial arts fight promotion and mixed martial arts training facility that runs and operates its businesses in the Bucks County and Philadelphia Pennsylvania areas.

11. Xtreme Caged Combat is a state registered and licensed business that has been in

existence and operation since April 29, 2009.

12. ECC Fitness (aka, Extreme Cage Combat) is a mixed martial arts training facility that fights for local fight promotions and runs and operates its businesses in the Bucks County and Philadelphia Pennsylvania areas.

13. ECC Fitness (aka, Extreme Cage Combat) began doing business under its current trade name on or around December of 2011.

14. Both owners of ECC Fitness (aka, Extreme Cage Combat) were formally promoting there previous training facilities as Liberty Boxing (Ofa Donaldson) and Liberty MMA (Steve Rosenblum) prior to teamming up and opening two new facilities under the new trade name of ECC Fitness (aka, Extreme Cage Combat)

15. Both defendants knew plaintiff personally and had direct knowledge of and dealings with defendant's Xtreme Caged Combat business prior to changing their trade names to ECC Fitness (aka, Extreme Cage Combat)

16. Plaintiffs' business emblem is advertised with the letters XCC with a line cutting through the letters. **(Exhibit A)**

17. Defendants' business emblem is advertised with the letters ECC with a line cutting through the letters. **(Exhibit B)**

18. Plaintiffs' business letters are an acronym for the words "Xtreme Caged Combat."

19. Defendants' business letters are an acronym for the words "Extreme Cage Combat."

20. Defendants were given several warnings by Plaintiffs to refrain from using the letters ECC, the likeness of the Xtreme Caged Combat letters emblem and any reference to the words "Extreme Cage Combat" when promoting their business.

21. Defendants ignored all warnings by Plaintiffs to refrain from such acts and continued to promote their business in violation of Plaintiffs federally recognized rights.

22. Subsequent to Plaintiff's warnings to refrain from such acts, in April/May of 2012,

the Defendants sent out an add in "Clipper Magazine" to over 50,000 homes in Plaintiff's direct target market area soliciting their mixed martial arts training facility with the ECC acronym, the likeness of the Xtreme Caged Combat letters emblem and the words "Extreme Cage Combat" all contained within the ad. **(Exhibit C)**

23. Also subesequent to Plaintiffs' warnings to refrain from such trademark infringements, both Defendants manufactured and produced a large quantity of shirts that contained the words "Extreme Cage Combat" advertising their mixed martial arts training facility that were bought and worn by dozens of fans at a Locked in the Cage fighting event (Plaintiffs' main fight promotion competitor in the local area market) at a fight venue Plaintiff had previously done shows at on 3 prior occasions (The Sportsplex in Feasterville, PA) **(Exhibit D)**

24. These shirts were also worn by the defendants and their fighter (Ed Shupe) at that very same Locked in the Cage event and the video footage of the defendants and their fighter wearing these shirts are contained in videos that were streamed via the internet, posted on Facebook and/or posted on Youtube.

25. Further subsequent to Plaintiff's warnings to refrain from such trademark infringements, Defendant Steve Rosenblum has advertised his ECC Fitness training facility as also being known as "Extreme Cage Combat" in those specific words as shown on his Facebook page. **(Exhibit E)**

26. Both Defendants have on numerous occasions made verbal name affiliation infringements referring to their training facility as Extreme Cage Combat in conversations and while advertising their product.

27. Both defendants were failed business owners who lost money running Liberty Boxing and Liberty MMA. Subsqequent to both defendants labeling themselves as "Extreme Cage Combat" their business has flourished in

comparison.

## V. CAUSE OF ACTION - TRADEMARK INFRINGEMENT / DILUTION

28. The Defendants, in connection with their goods and services, used in commerce Plaintiffs' business' words, terms, name, symbol and/or combinations and likenesses thereof.

29. The Defendants' actions in this regard were deliberate, willful and wanton, were done using false or misleading description of fact and misleading representation of fact, were intended to cause confusion and mistake, and were intended to deceive as to the affiliation, connection and association with Plaintiffs Ryan Kerwin and Xtreme Caged Combat.

30. These same actions have caused confusion and mistake in the marketplace as to Extreme Cage Combat's affiliation and association with Xtreme Caged Combat.

31. The Defendants' actions in this regard have and are likely to continue to cause damage to Plaintiffs' reputation and finances.

## VI. RELIEF REQUESTED;

32. Nominal, Compensatory and Punitive damages against the defendants in an amount in excess of $25,000.00 (Twenty Five Thousand Dollars)

33. A Permanent Injunction preventing the defendants from using the letters ECC, The likeness of plaintiffs' XCC letters emblem, the words "Extreme Cage Combat," or any other similar promotional variations related hereto, when advertising their training facilities, products or services.

34. The destruction of any and all labels, signs, prints, packages, t shirts, videos digital reproductions or any other tangible or electronic advertisement or product in the possession of the defendants and their affiliates that bear the letters ECC, The likeness of Plaintiffs' XCC letters emblem, the words "Extreme

Cage Combat," or any other similar variations related thereto.

35. Any and all of the profits generated by defendants since they changed their

business name to "Extreme Cage Combat" as provided in 15 U.S.C. 1117 (a).

36. A trial by jury.

37. Any and all attorney fees, filing fees, costs or other expenses related to the filing

and litigation of this lawsuit.

38. Any other relief plaintiff may be entitled to that is not requested herein.

Respectfully submitted,

___7/3/12___

Date

Ryan Kerwin

A








# XCF
## XTREME CAGED COMBAT
# TRAINING FACILITY

11000 ROOSEVELT BLVD.
PHILADELPHIA, PA
[ INSIDE WORLD GYM ]
267-702-8701

# TRAIN WHERE THE FIGHTERS TRAIN

## CLASSES 7 DAYS A WEEK

**MMA TRAINING: $65 A MONTH**
(INCLUDES BOXING, MUAY THAI, JIUJITSU & WRESTLING)

**WOMEN'S KICKBOXING: $45 A MONTH**

**KID'S MMA: $45 A MONTH**









Like · Comment

**Steven Rosenblum**
June 17 near Philadelphia via mobile ·

ECC Fitness aka Extreme Cage Combat has a new Winner in the MMA cage.
ED SHUPEt
Thank you Locked in the Cage

Like · Comment · Share

Jason Haskell and Dominic Azzello like this.

Write a comment...



**Steven Rosenblum**
June   near Philadelphia

Who wants MMA tickets for June 16th. Locked in the Cage Tickets are only $35.
Call and pick up your tickets today. 267-242-9146



E

Write something...

**Steven Rosenblum**
5 hours ago near Philadelphia

Congrats Ed Shupe
EXTREME CAGE Combat 8801 TORRESDALE AVE, PHILA, PA
19136
Thanks again
Ola Donaldson
Justin Haskell
Ray Robinmon

Steven Rosenbum aka Shoot

Like Comment Share

Justin Haskell likes this

Justin Haskell Steve y do u have my name spelled like in russian, Hananahahaha

Write a comment...

Clerk of Court,                                                                                    July 5, 2012

In re: Xtreme Caged Combat, et al. vs E.C.C. Fitness, et al.

    Enclosed is a copy of the original complaint in the above matter, a civil cover sheet, a check for the $350 filing fee and two summons to be stamped and returned to me so I can have service of process effectuated on the defendants.

    Please process the enclosed suit, return to me the necessary documents for service and if there are any issues whatsoever please call me at the cell phone number listed below so I can fix whatever difficiencies there may be.

    Thank you for your time and I look forward to receiving my stamped copies of the summons for service.

Respectfully,

Ryan Kerwin

240 Brittany Drive

Langhorne, PA 19047

267-702-8701